IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Michael B. Lennon | : | |
|    Eileen F Lennon | : | Chapter 13 |
| | : | |
|    Debtors | : | Case No.: 23-10603-PMM |

## **SUGGESTION OF DEATH**

   Brad J. Sadek, on behalf of the above-captioned debtors, hereby submits this Suggestion of Death for Debtor, Michael B. Lennon, who passed away March 18, 2024.


Dated: May 6, 2024                                    /s /Brad J. Sadek
                                                                           Brad J. Sadek, Esq.
                                                                           Attorney for Debtor