| Filed By: | Michael B. Lennon | | Agreed Order Terms | Post Petition Arrearge included in POC: | |
|---|---|---|---|---|---|
| | | | Ongoing Payments | due on | 10/1/2024 |
| Case Number: | 2310603 | | | payments @ | $ 2,093.06 |
| Filing Date: | 3/1/2023 | | A O Payments | due from | |
| | AO Figures | | | payments @ | |
| Payments | $5,676.06 | | | payments @ | $ - |
| Attorney fees | $1,050.00 | | | | |
| MFR cost | | | | | |
| Suspense | $1,358.98 | $5,367.08 | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Cure payment | Post Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| | | | | | $ - | |
| 04/17/23 | $1,892.02 | 04/01/23 | $1,892.02 | | $ - | |
| 05/30/23 | $1,892.02 | 05/01/23 | $1,892.02 | | $ - | |
| 06/30/23 | $1,892.02 | 06/01/23 | $1,892.02 | | $ - | |
| 07/31/23 | $1,892.02 | 07/01/23 | $1,892.02 | | $ - | |
| 08/31/23 | $1,892.02 | 08/01/23 | $1,892.02 | | $ - | |
| 10/12/2023 | $1,900.00 | 09/01/23 | $1,892.02 | | $ 7.98 | |
| 11/15/2023 | $1,900.00 | 10/01/23 | $1,892.02 | | $ 15.96 | |
| 12/20/2023 | $1,900.00 | 11/01/23 | $1,892.02 | | $ 23.94 | |
| 12/31/2023 | $1,900.00 | 12/01/23 | $1,892.02 | | $ 31.92 | |
| 01/31/2024 | $1,900.00 | 01/01/24 | $1,892.02 | | $ 39.90 | |
| 03/21/2024 | $4,186.12 | 02/01/24 | $1,892.02 | | $ 2,334.00 | |
| | | 03/01/24 | $1,892.02 | | $ 441.98 | |
| 04/01/2024 | $2,093.06 | 04/01/24 | $1,892.02 | | $ 643.02 | |
| 06/03/2024 | $2,500.00 | 05/01/24 | $1,892.02 | | $ 1,251.00 | |
| 07/23/2024 | $2,000.00 | 06/01/24 | $1,892.02 | | $ 1,358.98 | |
| | | AO entered | | | $ 1,358.98 | |
| Suspense credited | | | $1,358.98 | | $ - | |
| 10/22/24 | $2,100.00 | 10/01/24 | $2,093.06 | | $ 6.94 | |
| 12/02/24 | $2,100.00 | 11/01/24 | $2,093.06 | | $ 13.88 | |
| 02/11/25 | $2,100.00 | 12/01/24 | $2,093.06 | | $ 20.82 | |
| 03/03/25 | $2,200.00 | 01/01/25 | $2,093.06 | | $ 127.76 | |
| | | | | | $ 127.76 | |
| | | | | | $ 127.76 | |
| | | | | | $ 127.76 | |
| | | | | | $ 127.76 | |
| | | | | | $ 127.76 | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

EILEEN F. LENNON

XXX-XX-1787

        Debtor.

:CHAPTER 13
:CASE NO. 23-10603-PMM

REO TRUST 2017-RPL1

        Movant,

v.

EILEEN F. LENNON

        Debtor,

And

KENNETH E. WEST,

        Trustee,

        Respondents.

:Hearing Date: September 11, 2024 @ 1:00 p.m.

## ORDER OF COURT

IT IS HEREBY ORDERED that the STIPULATION between Movant, REO Trust 2017-RPL1 and Debtor regarding the resolution of secured creditor's relief motion regarding post-petition mortgage arrearages as to Real Property, known as 1941 Ritter Avenue, Bristol, Pennsylvania 19007 filed on October 11, 2024, in the above matter is APPROVED.

**Date: October 16, 2024**

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>EILEEN F. LENNON<br><br>XXX-XX-1787<br><br>        Debtor. | :<br>:<br>:<br>:<br>:<br>:CHAPTER 13<br>:CASE NO. 23-10603-PMM<br>: |
| REO TRUST 2017-RPL1<br><br>        Movant,<br>v.<br><br>EILEEN F. LENNON<br><br>        Debtor,<br>And<br><br>KENNETH E. WEST,<br>        Trustee,<br><br>        Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:Hearing Date: September 11, 2024 @ 1:00 p.m.<br>:<br>:<br>:<br>:<br>: |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY**

THIS matter being opened to the Court by secured creditor, REO TRUST 2017-RPL1, (hereinafter "Movant"), by and through its counsel Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, upon the filing of a motion requesting relief from stay as to real property, more commonly known as 1941 Ritter Avenue, Bristol, Pennsylvania 19007; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is due $5,367.08 outside the plan. The amount is computed in the following manner:

   3 times payment of $1,892.02 (07/01/2024 – 09/01/2024)

   Less, suspense balance (-$1,358.98)

   Plus, attorney fee reimbursement $1,050.00

3. The aforesaid arrears ($5,367.08) shall be rolled into Debtor's Chapter 13 plan as an administrative claim and shall be paid to Movant over the remaining term of Debtor's plan.

4. The Trustee shall adjust his records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

5. Movant shall file a proof of claim for the above arrearages within (30) days from the entry of this Order.

6. Debtor shall file an amended plan to incorporate the above arrearages within (21) days from the entry of this Order.

7. Commencing with the October 1, 2024 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

8. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late or any payment required herein,

Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within fifteen (15) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Movant

Date: 9/30/2024

/S/BRAD SADEK
Brad Sadek, Esquire
Attorney for Debtor

Date: 10/9/2024

/S/JACK K. MILLER
Jack K. Miller, Esquire
On behalf of Kenneth E. West
Chapter 13 Trustee

Date: 10/11/2024

*(Page 3 of 3)*

# UNITED STATES POSTAL SERVICE ®

**Name and Address of Sender**
Emmanuel J. Argentieri, Esq.
Romano, Garubo & Argentieri
52 Newton Avenue
PO Box 456
Woodbury, NJ 08096

Affix Stamp Here
(if issued as an international certificate of mailing or for additional copies of this receipt).
Postmark with Date of Receipt.

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Check type of mail or service | | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Michael B. Lennon and Eileen F. Lennon<br>1941 Ritter Avenue<br>Bristol, PA 19007 | ☐ Priority Mail<br>☐ Insured Mail<br>☐ Collect on Delivery (COD)<br>☐ Certified Mail Restricted Delivery<br>☐ Certified Mail<br>☐ Adult Signature Restricted Delivery<br>☐ Adult Signature Required<br> | ☐ Priority Mail Express<br>☐ Registered Mail<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery | 6.69 | | | | | | | | | | | | |
| 2. | | BRAD J. SADEK, Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | | | 6.69 | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 2
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

PS Form **3877**, April 2015 (Page 1 of 2)
PSN 7530-02-000-9098

Complete in Ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

345-526/Lennon    KSJ/EJA

Postmark: WOODBURY NJ 08096 FEB 19 2025 USPS

US POSTAGE $0.04.40
02/19/2025
036B 0011837393
ZIP 08096
CORRECTION

# ROMANO GARUBO & ARGENTIERI
*Counselors at Law LLC*

Michael F.J. Romano, Member *
mromano@rgalegal.com

Emmanuel J. Argentieri, Member*
eargentieri@rgalegal.com

Louis W. Skinner*
lskinner@rgalegal.com

*Member of the NJ & PA Bar
**Member of the NJ & NY Bar
***Member of NY, NJ, & CA Bar

52 Newton Avenue
P.O. Box 456
Woodbury, NJ 08096
Telephone: (856) 384-1515
Telefax: (856) 384-6371

*Of Counsel:*
Angelo G. Garubo, Esquire**
agarubo@rgalegal.com

Evan J. Salan, Esquire***
esalan@rgalegal.com

Michael V. Baronio, Esquire**
mbaronio@rgalegal.com

February 19, 2025

*Via: Regular U.S. Mail*
Michael B. Lennon
Eileen F. Lennon
1941 Ritter Avenue
Bristol, PA 19007

*Via: Regular U.S. Mail*
Brad J. Sadek
Sadek & Cooper
1500 JFK Blvd Suite 220
Philadelphia, PA 19102

    RE:    Michael B. Lennon and Eileen F. Lennon
              CHAPTER 13 BANKRUPTCY
              CASE NO. 23-10603-PMM
              <u>Notice of Default</u>

Dear Mrs. Lennon and Mr. Sadek:

    As you may be aware, this law firm represents the interests of REO Trust 2017-RPL1 (hereinafter "REO Trust") in the above-captioned matter. As you are further aware, you executed a Note and Mortgage against the above-referenced property.

    Undersigned filed a motion for relief from the automatic stay on behalf of REO Trust as to the Ritter Avenue property. As a result of said motion, you agreed to enter into a stipulation settling the motion, which was entered and approved by the Court on October 16, 2024. In said stipulation, you agreed that all post-petition mortgage arrearages were to be cured and all future post-petition payments were to be remitted timely for the remaining life of your Chapter 13 bankruptcy case.

    This letter shall serve as formal written notice that you have defaulted under the terms of the aforementioned stipulation. The post-petition account remains due for the January 1, 2025 through February 2025 payments.

    REO Trust hereby demands that you bring all past due payments current, in certified funds, within fourteen (14) days from the date of this letter. If you fail to comply in accordance with the terms of this letter, REO Trust will file a certification of default as to the aforesaid Order approving Stipulation Resolving Relief Motion and request that the Court grant REO Trust an order modifying the automatic stay, to permit REO Trust to proceed with its State Law rights as to the aforementioned property.

    Please guide yourself accordingly.

    Very truly yours,
Romano Garubo & Argentieri

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri

EJA/ksj

*Enclosures – post-petition payment history & Order/stip*

| Filed By: | Michael B. Lennon | | Agreed Order Terms | Post Petition Arrearge included in POC: | | |
|---|---|---|---|---|---|---|
| | | | Ongoing Payments | due on | 10/1/2024 | |
| Case Number: | 2310603 | | | payments @ | $ 2,093.06 | |
| Filing Date: | 3/1/2023 | | A O Payments | due from | | |
| | AO Figures | | | payments @ | | |
| Payments | $5,676.06 | | | payments @ | | $ - |
| Attorney fees | $1,050.00 | | | | | |
| MFR cost | | | | | | |
| Suspense | $1,358.98 | $5,367.08 | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Cure payment | Post Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| | | | | | $ - | |
| 04/17/23 | $1,892.02 | 04/01/23 | $1,892.02 | | $ - | |
| 05/30/23 | $1,892.02 | 05/01/23 | $1,892.02 | | $ - | |
| 06/30/23 | $1,892.02 | 06/01/23 | $1,892.02 | | $ - | |
| 07/31/23 | $1,892.02 | 07/01/23 | $1,892.02 | | $ - | |
| 08/31/23 | $1,892.02 | 08/01/23 | $1,892.02 | | $ - | |
| 10/12/2023 | $1,900.00 | 09/01/23 | $1,892.02 | | $ 7.98 | |
| 11/15/2023 | $1,900.00 | 10/01/23 | $1,892.02 | | $ 15.96 | |
| 12/20/2023 | $1,900.00 | 11/01/23 | $1,892.02 | | $ 23.94 | |
| 12/31/2023 | $1,900.00 | 12/01/23 | $1,892.02 | | $ 31.92 | |
| 01/31/2024 | $1,900.00 | 01/01/24 | $1,892.02 | | $ 39.90 | |
| 03/21/2024 | $4,186.12 | 02/01/24 | $1,892.02 | | $ 2,334.00 | |
| | | 03/01/24 | $1,892.02 | | $ 441.98 | |
| 04/01/2024 | $2,093.06 | 04/01/24 | $1,892.02 | | $ 643.02 | |
| 06/03/2024 | $2,500.00 | 05/01/24 | $1,892.02 | | $ 1,251.00 | |
| 07/23/2024 | $2,000.00 | 06/01/24 | $1,892.02 | | $ 1,358.98 | |
| | AO entered | | | | $ 1,358.98 | |
| Suspense credited | | | $1,358.98 | | $ - | |
| 10/22/24 | $2,100.00 | 10/01/24 | $2,093.06 | | $ 6.94 | |
| 12/02/24 | $2,100.00 | 11/01/24 | $2,093.06 | | $ 13.88 | |
| 02/11/25 | $2,100.00 | 12/01/24 | $2,093.06 | | $ 20.82 | |
| | | | | | $ 20.82 | |
| | | | | | $ 20.82 | |
| | | | | | $ 20.82 | |
| | | | | | $ 20.82 | |
| | | | | | $ 20.82 | |
| | | | | | $ 20.82 | |
| | | | | | $ 20.82 | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> EILEEN F. LENNON <br><br> XXX-XX-1787 <br><br>       Debtor. | :<br>:<br>:<br>: CHAPTER 13<br>: CASE NO. 23-10603-PMM<br>: |
| REO TRUST 2017-RPL1 <br><br>       Movant, <br> v. <br><br> EILEEN F. LENNON <br><br>       Debtor, <br> And <br><br> KENNETH E. WEST, <br>       Trustee, <br><br>       Respondents. | :<br>:<br>:<br>:<br>:<br>: Hearing Date: September 11, 2024 @ 1:00 p.m.<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT

IT IS HEREBY ORDERED that the STIPULATION between Movant, REO Trust 2017-RPL1 and Debtor regarding the resolution of secured creditor's relief motion regarding post-petition mortgage arrearages as to Real Property, known as 1941 Ritter Avenue, Bristol, Pennsylvania 19007 filed on October 11, 2024, in the above matter is APPROVED.

**Date: October 16, 2024**

*Patricia M. Mayer*
Honorable Patricia M. Mayer

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> EILEEN F. LENNON <br><br> XXX-XX-1787 <br><br> Debtor. | :<br>:<br>:<br>:<br>:<br>:CHAPTER 13<br>:CASE NO. 23-10603-PMM<br>: |
| REO TRUST 2017-RPL1 <br><br> Movant, <br> v. <br><br> EILEEN F. LENNON <br><br> Debtor, <br> And <br><br> KENNETH E. WEST, <br> Trustee, <br><br> Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:Hearing Date: September 11, 2024 @ 1:00 p.m.<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY

THIS matter being opened to the Court by secured creditor, REO TRUST 2017-RPL1, (hereinafter "Movant"), by and through its counsel Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, upon the filing of a motion requesting relief from stay as to real property, more commonly known as 1941 Ritter Avenue, Bristol, Pennsylvania 19007; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is due $5,367.08 outside the plan. The amount is computed in the following manner:

3 times payment of $1,892.02 (07/01/2024 – 09/01/2024)

Less, suspense balance (-$1,358.98)

Plus, attorney fee reimbursement $1,050.00

3. The aforesaid arrears ($5,367.08) shall be rolled into Debtor's Chapter 13 plan as an administrative claim and shall be paid to Movant over the remaining term of Debtor's plan.

4. The Trustee shall adjust his records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

5. Movant shall file a proof of claim for the above arrearages within (30) days from the entry of this Order.

6. Debtor shall file an amended plan to incorporate the above arrearages within (21) days from the entry of this Order.

7. Commencing with the October 1, 2024 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

8. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late or any payment required herein,

Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within fifteen (15) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Movant                                Date: 9/30/2024

/S/BRAD SADEK
Brad Sadek, Esquire
Attorney for Debtor                                Date: 10/9/2024

/S/JACK K. MILLER
Jack K. Miller, Esquire
On behalf of Kenneth E. West
Chapter 13 Trustee                                 Date: 10/11/2024