Fill in this information to identify the case:

Debtor 1: MICHAEL B. LENNON

Debtor 2 (Spouse, if filing): EILEEN F. LENNON

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 23-10603-PMM

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: REO Trust 2017-RPL1

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 1 0 1 8

Date of payment change:
Must be at least 21 days after date of this notice: 11/01/2024

New total payment:
Principal, interest, and escrow, if any: $ 2,064.74

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 758.65          New escrow payment: $ 730.33

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

[Sidebar text:]
To the extent any prior changes in the payments under the terms of the loan documents and/or escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 after December 1, 2011 or the Petition Date (whichever is later), Nationstar has provided a credit of $ 2412.48 to the loan to give the Debtor(s) the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court. This credit represents the total of the increases in the monthly payments that were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 and will compensate the Debtor for the previously unfiled notice(s).

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 MICHAEL B. LENNON  
First Name    Middle Name    Last Name

Case number (if known) 23-10603-PMM

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/EMMANUEL J. ARGENTIERI  
Signature

Date 09/23/2024

Print: Emmanuel J. Argentieri  
First Name    Middle Name    Last Name

Title Attorney-at-Law

Company Romano Garubo & Argentieri

Address 52 Newton Avenue, P.O. Box 456  
Number    Street

Woodbury    NJ    08096  
City    State    ZIP Code

Contact phone 856-384-1515

Email eargentieri@rgalegal.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

**Rushmore Servicing**
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

08/31/2024

**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

**YOUR INFO**
**CASE NUMBER**
2310603

**LOAN NUMBER**

**PROPERTY ADDRESS**
1941 RITTER AVE
BRISTOL, PA 19007

MICHAEL B. LENNON
1941 RITTER AVENUE
BRISTOL, PA 19007

Dear MICHAEL B. LENNON,

An annual escrow analysis was performed on the above referenced account.

Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call our Bankruptcy Department at 877-888-4623. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Sincerely,

Rushmore Servicing

Enclosure

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



DAL

**Rushmore Servicing**
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**Escrow Account Disclosure Statement**

**Customer Service:** 877-888-4606
Monday through Friday from 7 a.m. to 8 p.m. (CT)

**Tax/Insurance:** 800-303-2513
Monday through Friday from 8 a.m. to 9 p.m. (ET)

Your Loan Number:
Statement Date: 08/31/2024

MICHAEL B. LENNON
1941 RITTER AVENUE
BRISTOL, PA 19007

**Why am I receiving this?** Rushmore Servicing completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Rushmore Servicing may maintain an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid negative balance in the event of changing tax and insurance amounts.

**What does this mean for me?** At this time, your Escrow Account has less money than needed and there is a shortage of $0.00. Due to this shortage and changes in your taxes and insurance premiums, **your monthly escrow payment will decrease by ($28.32).** Effective 11/01/2024, **your new total monthly payment** will be **$2,064.74.**

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $1,334.41 | $0.00 | $1,334.41 |
| ESCROW | $758.65 | ($28.32) | $730.33 |
| **Total Payment** | **$2,093.06** | **($28.32)** | **$2,064.74** |

*See below for shortage calculation*

**What is a Shortage?** A shortage is the difference between the **lowest projected balance** of your account for the coming year and your **minimum required balance.** To prevent a negative balance, the total annual shortage is divided by 12 months and added to your monthly escrow payment, as shown below

**Minimum Required Balance**
$1,460.66

**Lowest Projected Balance**
$1,460.66

$0.00 / 12 = $0.00

*Please see the Coming Year Projections table on the back for more details*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| SCHOOL TAX | $2,810.72 | ($77.73) | $2,732.99 |
| TOWN TAX | $1,097.18 | $29.00 | $1,126.18 |
| HAZARD SFR | $3,816.25 | $1,088.49 | $4,904.74 |
| **Annual Total** | **$7,724.15** | **$1,039.76** | **$8,763.91** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.rushmoreservicing.com.*

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

**This Area Intentionally Left Blank**
This statement is for informational purposes only.

The change in your escrow payment** may be based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received earlier or later than expected | • Exemption status lost or changed | • Coverage changed |
| | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous overage returned to escrow | • Paid earlier or later than expected | • Paid earlier or later than expected |
| • Previous deficiency/shortage not paid entirely | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Force placed insurance premium paid |

### Prior Year Account History and Coming Year Projections

This is a statement of the actual activity in your escrow account from 10/23 through 10/24. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $1,460.66 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $1,460.66 will be reached in August 2025. When subtracted from your minimum required balance of $1,460.66, an Escrow Shortage results in the amount of $0.00. **These amounts are indicated with an arrow (<).**

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $2,574.71 | ($7,168.57) |
| 10/23 | $0.00 | $557.46* | $0.00 | $0.00 | | $2,574.71 | ($6,611.11) |
| 11/23 | $643.68 | $1,316.11*E | $0.00 | $0.00 | | $3,218.39 | ($5,295.00) |
| 12/23 | $643.68 | $758.65*E | $0.00 | $0.00 | | $3,862.07 | ($4,536.35) |
| 01/24 | $643.68 | $1,316.26*E | $0.00 | $0.00 | | $4,505.75 | ($3,220.09) |
| 02/24 | $643.68 | $1,316.26*E | $0.00 | $0.00 | | $5,149.43 | ($1,903.83) |
| 03/24 | $643.68 | $1,873.87*E | $0.00 | $0.00 | | $5,793.11 | ($29.96) |
| 04/24 | $643.68 | $1,316.26 | $1,097.18 | $1,126.18* | TOWN TAX | $5,339.61 | $160.12 |
| 05/24 | $643.68 | $1,316.26*E | $0.00 | $0.00 | | $5,983.29 | $1,476.38 |
| 06/24 | $643.68 | $1,316.26 | $3,816.25 | $4,905.78* | HAZARD SFR | $2,810.72 | ($2,113.14) |
| 07/24 | $643.68 | $1,316.26*E | $0.00 | $0.00 | | $3,454.40 | ($796.88) |
| 08/24 | $643.68 | $1,316.26 | $2,810.72 | $2,732.99* | SCHOOL TAX | $1,287.36 | ($2,213.61) |
| 09/24 | $0.00 | $2,230.44E | $0.00 | $0.00 | Anticipated Payments 07/23-10/23 | $1,287.36 | $16.83 |
| 09/24 | $643.68 | $758.65*E | $0.00 | $0.00 | | $1,931.04 | $775.48 |
| 10/24 | $643.68 | $758.65*E | $0.00 | $0.00 | | $2,574.72 | $1,534.13 |
| Total | $7,724.16 | $17,467.65 | $7,724.15 | $8,764.95 | Total | $2,574.72 | $1,534.13 |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $1,534.13 | $1,534.13 |
| 11/24 | $730.33 | | $0.00 | | | $2,264.46 | $2,264.46 |
| 11/24 | $1,387.14 | | $0.00 | | BK ADJ | $3,651.60 | $3,651.60 |
| 12/24 | $730.33 | | $0.00 | | | $4,381.93 | $4,381.93 |
| 01/25 | $730.33 | | $0.00 | | | $5,112.26 | $5,112.26 |
| 02/25 | $730.33 | | $0.00 | | | $5,842.59 | $5,842.59 |
| 03/25 | $730.33 | | $0.00 | | | $6,572.92 | $6,572.92 |
| 04/25 | $730.33 | | $1,126.18 | | TOWN TAX | $6,177.07 | $6,177.07 |
| 05/25 | $730.33 | | $0.00 | | | $6,907.40 | $6,907.40 |
| 06/25 | $730.33 | | $4,904.74 | | HAZARD SFR | $2,732.99 | $2,732.99 |
| 07/25 | $730.33 | | $0.00 | | | $3,463.32 | $3,463.32 |
| 08/25 | $730.33 | | $2,732.99 | | SCHOOL TAX | $1,460.66 | $1,460.66< |
| 09/25 | $730.33 | | $0.00 | | | $2,190.99 | $2,190.99 |
| 10/25 | $730.33 | | $0.00 | | | $2,921.32 | $2,921.32 |
| Total | $10,151.10 | | $8,763.91 | | Total | $2,921.32 | $2,921.32 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Catalina Balen at (877)-888-4623. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |
| --- | --- |
| | : CHAPTER 13 |
| MICHAEL B. LENNON | : |
| xxx-xx-7920 | : CASE NO. 23-10603-PMM |
| | : |
| EILEEN F. LENNON | : |
| xx-xx-1787 | : |
| Debtors. | : |
| | : |

### CERTIFICATION OF SERVICE

I, JILL RATHOF:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Romano Garubo & Argentieri, who represents U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for REO Trust 2017-RPL1 in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On October 8, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 8, 2024                                    /s/ JILL RATHOF
                                                         JILL RATHOF

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael B. Lennon<br>Eileen F Lennon<br>1941 Ritter Avenue<br>Bristol, PA 19007 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| KENNETH E. WEST<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| BRAD J. SADEK<br>Sadek and Cooper<br>1500 JFK Boulevard, Ste 220<br>Philadelphia, PA 19102 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com